# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATTWOOD MICHAEL PALLASH,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br>et al,<br>　　　　Defendants. | C.A. No. 1:17-cv-293 |

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on October 31, 2017, and was referred to a United States Magistrate Judge for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges. The magistrate judge's report and recommendation, issued on February 8, 2018 recommended that the instant action be dismissed due to Plaintiffs' failure to prosecute. Service was made on Plaintiff by mail at 1290 Nursery Road, Lake City, PA 16423, the last address of record.   No objections were filed.   After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 29th Day of March, 2018;

IT IS HEREBY ORDERED that the instant action is dismissed due to Plaintiffs'

failure to prosecute. The Clerk of Courts is directed to close this case. The report and recommendation of Magistrate Judge Baxter, issued February 8, 2018, is adopted as the opinion of the court.

        /s/Joy Flowers Conti_____
        JOY FLOWERS CONTI
        Chief United States District Judge

cc:    Susan Paradise Baxter
        U.S. Magistrate Judge

        all parties of record \_\_\_\_